CLARK v. INN WEST

No. 180PA88.

Case below: 89 N.C. App. 275.

Petition by several defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.

COLLINGWOOD v. G. E. REAL ESTATE EQUITIES

No. 240PA88.

Case below: 89 N.C. App. 656.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.

D. W. WARD CONSTRUCTION CO. v. ADAMS

No. 277PA88.

Case below: 90 N.C. App. 241.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.

DOERNER v. CITY OF ASHEVILLE

No. 279P88.

Case below: 90 N.C. App. 128.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 7 September 1988.

FOSTER v. FOSTER

No. 285PA88.

Case below: 90 N.C. App. 265.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 7 September 1988.